IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00149-CMA-MJW

MELISSA HUFF

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS/LIMON CORRECTIONAL FACILITY,
TOM CLEMENT, Executive Director, in his official capacity
TRAVIS TRANI, in his individual and official capacity,
FRANCIS MASSINGILL, in her individual and official capacity,
RANDY LIND, in his individual and official capacity,
WILLIAM RUSHER, in his individual and official capacity,
ANGEL MEDINA, in his individual and official capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Complaint (Docket No. 19) is granted, and the tendered First Amended Complaint and Jury Demand (Docket No. 19-1) is accepted for filing as of the date of this Minute Order, and the caption is amended to add defendant Tom Clement, Executive Director, in his official capacity, and remove defendant Aristedes W. Zavaras, in his individual and official capacity.

Date:   May 19, 2011