IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00149-CMA-MJW

MELISSA HUFF

Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS/LIMON CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS, in his individual and official capacity
TRAVIS TRANI, in his individual and official capacity,
FRANCIS MASSINGILL, in her individual and official capacity,
RANDY LIND, in his individual and official capacity,
WILLIAM RUSHER, in his individual and official capacity,
ANGEL MEDINA, in his individual and official capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Settlement Conference, DN 24, filed with the Court on August 26, 2011, is GRANTED. The Settlement Conference set on August 31, 2011, at 10:00 a.m., is VACATED. The parties may reset the settlement conference upon a joint written motion at a time when settlement negotiations will be fruitful.

Date:  August 26, 2011