IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00149-CMA-MJW

MELISSA HUFF

Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS/LIMON CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS, in his individual and official capacity
TRAVIS TRANI, in his individual and official capacity,
FRANCIS MASSINGILL, in her individual and official capacity,
RANDY LIND, in his individual and official capacity,
WILLIAM RUSHER, in his individual and official capacity,
ANGEL MEDINA, in his individual and official capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Time to Conduct Discovery and Submit Dispositive Motions (docket no. **31**) is GRANTED.  The deadline to complete discovery is extended to December 30, 2011 and the deadline to file dispositive motions is extended to January 30, 2012.  The Rule 16 Scheduling Order (docket no. 18) is amended consistent with this minute order.

Date:   November 04, 2011