IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00149-CMA-MJW

MELISSA HUFF

Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS/LIMON CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS, in his individual and official capacity
TRAVIS TRANI, in his individual and official capacity,
FRANCIS MASSINGILL, in her individual and official capacity,
RANDY LIND, in his individual and official capacity,
WILLIAM RUSHER, in his individual and official capacity, and
ANGEL MEDINA, in his individual and official capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Modify the Scheduling Order (docket no. 39) is GRANTED finding good cause shown.  The Rule 16 Scheduling Order is amended to allow Plaintiff 24 additional Requests for Production of Documents to all Defendants and 24 additional Requests for Admissions to all Defendants, in lieu, of Defendants responding to Plaintiff's previously propounded discovery dated September 28, 2011.  Plaintiff shall serve their additional Requests for Production of Documents and Requests for Admissions upon the Defendants on or before February 3, 2012.  Plaintiff may take the deposition of Mr. Medina.  Mr. Medina's deposition shall be completed by February 15, 2012. The parties are to meet and confer forthwith to set Mr. Medina's deposition.

Date:  January 26, 2012