IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00149-CMA-MJW

MELISSA HUFF

Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS/LIMON CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS, in his individual and official capacity
TRAVIS TRANI, in his individual and official capacity,
FRANCIS MASSINGILL, in her individual and official capacity,
RANDY LIND, in his individual and official capacity,
WILLIAM RUSHER, in his individual and official capacity, and
ANGEL MEDINA, in his individual and official capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 46) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 46-1) is APPROVED and made an Order of Court.

Date:  January 27, 2012