# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.** 11-cv-00149-CMA-MJW     FTR - Courtroom A-502

**Date:** April 24, 2012     Courtroom Deputy, Cathy Coomes

| _Parties_ | _Counsel_ |
|---|---|
| MELISSA HUFF, | Tiffany J. Drahota |
| | Tamara J. Wayland |
| Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF CORRECTIONS/LIMON CORRECTIONAL FACILITY, | Stephanie L. Scoville |
| TOM CLEMENT, Executive Director, in his individual and official capacity, | |
| TRAVIS TRANI, in his individual and official capacity, | |
| FRANCIS MASSINGILL, in his individual and official capacity, | |
| RANDY LIND, in his individual and official capacity, | |
| WILLIAM RUSHER, in his individual and official capacity, | |
| ANGEL MEDINA, in his individual and official capacity, | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**     **FINAL PRETRIAL CONFERENCE**
**Court in session:**     8:52 a.m.
Court calls case. Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

Discussion regarding Defendants' Motion for Summary Judgment (Doc. #58, filed 2/17/12) and Defendants' Amended Motion for Summary Judgment (Doc. #59, filed 2/21/12).

Ms. Scoville orally moves to withdraw Defendants' Motion for Summary Judgment (Doc. #58, filed 2/17/12). Plaintiff has no objection to the oral motion to withdraw.

**It is ORDERED:**     Defendants' oral motion to withdraw Defendants' Motion for Summary Judgment (Doc. #58, filed 2/17/12) is GRANTED. The motion is deemed withdrawn.

The parties anticipate a five-day jury trial.

**It is ORDERED**:   The proposed FINAL PRETRIAL ORDER which was tendered to the court, and modified from the bench, is made an order of court.

The Court directs the parties to proceed to Judge Arguello's chambers after this hearing to obtain a trial date.

Hearing concluded.
**Court in recess:**   9:00 a.m.
Total In-Court Time 00:08

To order a transcript of this proceedings, contact  Avery Wood Reporting    (303) 825-6119  or Toll Free 1-800-962-3345.    FAX (303) 893-8305       www.AveryWoods.net